**Patrick KUNKEL, Plaintiff–Appellant,**

v.

**Sherry LOPEZ, CMO Kern Valley State Prison; et al., Defendants–Appellees.**

**No. 14–15363.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 9, 2014.*

Filed Dec. 18, 2014.

Patrick Kunkel, Soledad, CA, pro se.

Before: WALLACE, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM ***

Patrick Kunkel, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000) (dismissal under 28 U.S.C. § 1915A); *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order) (dismissal under 28 U.S.C. § 1915(e)(2)). We affirm.

The district court properly dismissed Kunkel's action because Kunkel failed to allege facts showing that defendants were deliberately indifferent to Kunkel's ankle infections. *See Toguchi v. Chung,* 391 F.3d 1051, 1057–60 (9th Cir.2004) (a prison official is deliberately indifferent only if he or she knows of and disregards an excessive risk to inmate health; neither a mere difference of opinion concerning the course of treatment nor negligence in diagnosing or treating a medical condition amounts to deliberate indifference); *see also Starr v. Baca,* 652 F.3d 1202, 1207–08 (9th Cir. 2011) (requirements for establishing supervisory liability); *Cousins v. Lockyer,* 568 F.3d 1063, 1070 (9th Cir.2009) (failure to follow internal prison policies does not rise to the level of a constitutional violation).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.